FILED
JAN 2 0 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 05-30128-MJR |
| vs. ) | |
| ) | |
| MARK REPKING, ) | |
| ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE WITH
## RESPECT TO PROCEEDS OF $75,000.00

In the Information filed in the above cause on October 14, 2005, the United States sought forfeiture of property of defendant, Mark L. Repking, pursuant to 18 U.S.C. § 982(a)(2)(A). The court, upon consideration of the guilty plea received in this matter with respect to Counts 1 and 2 of the Information, the admissions made during said plea, and the Stipulation of Facts, hereby finds by a preponderance of evidence that the following property is forfeitable and hereby orders forfeited the following property which the defendant admits constitutes proceeds of the offense to which the defendant is pleading guilty:

**U.S. funds in the amount of $75,000.00, in that such sum in aggregate was obtained by the defendant as a result of violations affecting a financial institution.**

A forfeiture judgment is entered in favor of the United States and against Defendant Mark L. Repking in the amount of $75,000.00. Said judgment may be enforced as an ordinary monetary judgment, by the forfeiture of substitute assets, or by a combination of both.

The Court further finds that said forfeiture judgment is separate from and above and beyond any judgment for any other monetary obligation entered or to be entered in this cause.

In that the forfeiture consists of a money judgment, it is not necessary for the United States to publish or provide notice or for the Court to conduct eventually an ancillary hearing.

**IT IS SO ORDERED.**

DATE: 1/20/06

Michael J. Reagan
United States District Judge